UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANDELL HICKMAN,

                Plaintiff,

        -against-

THE LEGAL AID SOCIETY, BRITTNEY ROSE
CURTIS,

                Defendants.

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  8/6/2020_____ |

19 Civ. 5294 (AT) (RWL)

**ORDER ADOPTING
REPORT AND
<u>RECOMMENDATION</u>**

ANALISA TORRES, District Judge:

        Having received no objections to Honorable Robert W. Lehrburger's June 26, 2020 Report and Recommendation (the "R&R"), ECF No. 20, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

        The Court, therefore, ADOPTS the R&R in its entirety.  Accordingly, Defendants' motion to dismiss, ECF No. 14, is GRANTED.  Plaintiff's claim under 28 U.S.C. § 1983 is dismissed with prejudice, and his state malpractice claim is dismissed without prejudice. *See* R&R at 11.

        The Clerk of Court is directed to terminate the motion at ECF No. 14.

        SO ORDERED.

Dated:  August 6, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge