UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
QUANDELL HICKMAN,

                Plaintiff,

  -against-                              19 **CIVIL** 5294 (AT) (RWL)

## JUDGMENT

THE LEGAL AID SOCIETY, BRITTNEY ROSE CURTIS,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 6, 2020, having received no objections to Honorable Robert W. Lehrburger's June 26, 2020 Report and Recommendation (the "R&R"), ECF No. 20, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendants' motion to dismiss, ECF No. 14, is GRANTED. Plaintiff's claim under 28 U.S.C. § 1983 is dismissed with prejudice, and his state malpractice claim is dismissed without prejudice. *See* R&R at 11.

**Dated:**  New York, New York
          August 6, 2020

                                                       **RUBY J. KRAJICK**
                                                      _____
                                                           **Clerk of Court**
                                 **BY:**
                                                            _____
                                                           **Deputy Clerk**